JOHN R. ZEIMANTZ
Feltman, Gebhardt,
   Greer & Zeimantz, P.S.
1400 Paulsen Center
Spokane, WA  99201-0495
(509) 838-6800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARI'S MANAGEMENT CORPORATION, a Delaware Corporation, | No.  CV-05-174-JLQ |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| WANDERMERE INVESTMENTS, LLC, a Washington Limited Liability Company; and RICHARD A. VANDERVERT and JANE DOE VANDERVERT, husband and wife | |
| Defendants. | |

This matter having come on before the above entitled Court on the Joint

Motion of the parties for a Protective Order and the Court being otherwise fully

PROTECTIVE ORDER - 1

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
14TH FLOOR PAULSEN CENTER
SPOKANE, WASHINGTON 99201-0495
509-838-6800
FAX: 509-744-3436

advised in the premises, hereby enters the following Protective Order regarding

materials produced in discovery in this case:

        1.      The term "discovery materials" means documents (whether

paper or electronic copies) produced in response to requests for production,

interrogatories, and as the result of deposition testimony.

        2.      Any discovery materials which contain confidential and/or

proprietary information may be designated by the party supplying the discovery

materials as "confidential". The party shall make such designation in writing to

the opposing counsel.  A designation by counsel for the producing party of the

documents by type or nature, shall be sufficient, and counsel need not designate

each and every document separately as confidential.  If there is a dispute over

whether certain information is properly designated as confidential, then any

party may apply to the court to resolve the dispute, provided that pending

resolution of the dispute, the designated discovery materials shall continue to be

treated as confidential pursuant to this Order.

        3.      Any documents designated as "confidential" under this Order shall

be held confidential by the parties and their attorneys, and shall not be disclosed

PROTECTIVE ORDER - 2

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
14TH FLOOR PAULSEN CENTER
SPOKANE, WASHINGTON 99201-0495
509-838-6800
FAX: 509-744-3436

to any other person nor made use of for any other purpose except as necessary in

the prosecution or defense of this lawsuit, involving the parties to this Order.

Confidential information under this Protective Order may be disclosed to such

other persons only after they have been shown this Order and they have agreed

in writing to be bound by its terms.

4.     Persons assisting counsel in preparation of this litigation, including

consulting and trial experts, may be provided access to the discovery materials,

but only upon showing them this Order and advising them that they are bound

by its terms.

5.     Any copies or reproductions of discovery materials designated as

confidential for use in connection with this litigation, absent an order negating

such designation, shall be used only for that purpose, and upon conclusion of the

litigation, all such copies or reproductions shall either be destroyed or returned

to the party providing the information upon the party's request; provided,

however, that if no such request is made within sixty days after the conclusion of

the litigation, the other party may destroy such documents.

PROTECTIVE ORDER - 3

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
14TH FLOOR PAULSEN CENTER
SPOKANE, WASHINGTON 99201-0495
509-838-6800
FAX: 509-744-3436

6.    Except as provided in this Order, discovery materials designated as confidential and information disclosed in the materials shall be held strictly in confidence, and shall not be disclosed to anyone else, by the parties or by their attorneys.

7.    In the event any of the materials described in this Order are filed with the Court as exhibit to a pleading, the parties may request that the Court seal the exhibit.

8.    Nothing contained in this Order affects in anyway or to any degree the admissibility of any discovery material or any information disclosed under the terms of this Order. The admissibility of such material and information shall be governed by the Rules of Evidence and Procedure in the same manner as any other potential evidence in this case.

9.    Nothing in this Order shall infringe upon the right of any party to object to providing information or documents which is subject to the attorney-client privilege, or which is non-discoverable on any other legitimate ground.

Dated December 5, 2005.

__s/_____
SENIOR JUDGE JUSTIN L. QUACKENBUSH

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
14TH FLOOR PAULSEN CENTER
SPOKANE, WASHINGTON 99201-0495
509-838-6800
FAX: 509-744-3436

PROTECTIVE ORDER - 4