UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARI'S MANAGEMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> WANDERMERE INVESTMENTS, et al, <br><br> Defendants. | No. CV-05-174-JLQ <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the First Amended Complaint and the claims therein against all named Defendants, be and the same are hereby DISMISSED WITH PREJUDICE without costs to any party hereto.

The Clerk of this court shall enter this Order, enter judgment of dismissal, forward copies to counsel, and close this file.

**DATED** this 5th day of May 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1